IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARIUS RICE and ASHLEY JACKSON, | * |
| | * |
| Plaintiffs | * |
| | * |
| v. | *   Case Number: 1:24-CV-01477-JPB |
| | * |
| SHERIFF STEPHEN B. TINSLEY, in his | * |
| individual capacity, and APRIL TINSLEY, | * |
| in her individual capacity, | * |
| | * |
| Defendants | * |

**FRCP 41 VOLUNTARY STIPULATION OF DISMISSAL**

COME NOW Plaintiffs and Defendants, by and through their undersigned counsel, and file this Voluntary Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and show the Court as follows:

By virtue of the signatures of counsel below, the parties hereby stipulate to the dismissal of this action. The Stipulation of Dismissal has been signed by all parties who have appeared in this action. Pursuant to FRCP 41(a)(1)(B), the dismissal is WITH prejudice. Each party shall bear its own attorneys' fees and costs.

**SO STIPULATED** this 2nd day of May, 2025.

*s/ Harry M. Daniels*
Harry M. Daniels
Georgia Bar Number: 234158
LAW OFFICES OF HARRY M. DANIELS, LLC
4751 Best Road, Suite 490
Atlanta, GA 30337
(678) 664-8529
daniels@harrymdaniels.com

**AND**

*s/ Bakari Sellers*
Bakari Sellers
STROM LAW FIRM
6923 N. Trenholm Road
Columbia, SC 29206
(803) 252-4800
bsellers@stromlaw.com

**ATTORNEYS FOR PLAINTIFF**

*s/ Richard K. Strickland*
Richard K. Strickland
Georgia Bar Number: 687830
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
rstrickland@brbcsw.com

**ATTORNEY FOR DEFENDANT STEPHEN TINSLEY**

*s/ Raleigh W. Rollins*
Raleigh W. Rollins
Georgia Bar Number: 613860
ALEXANDER & VANN, LLP
411 Gordon Avenue
Thomasville GA 31792
(229) 226-2565
rrollins@alexandervann.com

**ATTORNEY FOR DEFENDANT APRIL TINSLEY**